### BRISCOE *v.* THE STATE.

SIMMONS, C. J. Under the facts of the present case there was no error in failing to charge the jury on the subject of unlawful shooting at another, nor in ruling out the testimony sought to be introduced by the accused. The evidence was amply sufficient to sustain the verdict.  *Judgment affirmed. All the Justices concurring.*

Submitted October 3, — Decided October 12, 1898.

Indictment for assault with intent to murder. Before Judge Reese. Warren superior court. May 26, 1898.

*E. P. Davis,* for plaintiff in error.
*R. H. Lewis, solicitor-general,* contra.